# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| PHILLIP MORENO,<br><br>　　　　Plaintiff<br><br>v.<br><br>WILLIAM GITTERE, et al.,<br><br>　　　　Defendants | Case No.: 2:19-cv-02166-APG-EJY<br><br>**Order Transferring Case to Unofficial Northern Division** |

Plaintiff Phillip Moreno is in custody at Ely State Prison. He filed this civil rights action in the unofficial southern division of the court, but he is proceeding pro se and he is incarcerated in the unofficial northern division of the court. Under Local Rule LR IA 1-8(a), a pro se inmate must proceed in the unofficial division of the court in which the inmate is held when the matter is commenced.

I THEREFORE ORDER this action to be transferred to the unofficial northern division of this court for all further proceedings. The clerk of the court shall transfer and reopen this matter as a new action under a new docket number in the northern division, and the action under this docket number shall be closed, without prejudice to Mr. Moreno regarding any federal limitation period and filing fee.

DATED this 7th day of January, 2020.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE